# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **MTGLQ INVESTORS, L.P.,** | § | |
| | § | |
| **Plaintiff,** | § | **Civil Action No. 1:19-cv-00992-RP** |
| | § | |
| **v.** | § | |
| | § | |
| **JERRY K. WALDEN, Jr. a/k/a** | § | |
| **JERRY K. WALDEN and** | § | |
| **TAMATHA WALDEN,** | § | |
| | § | |
| **Defendants.** | § | |

<u>**DECLARATION OF MARK D. CRONENWETT**</u>

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the following statements are true and correct:

1.      "My name is Mark D. Cronenwett. I am over the age of 21 years and am fully competent to make this Declaration.  All statements of fact made herein are true, correct, and within my personal knowledge.

2.      I am an attorney for Plaintiff MTGLQ Investors, L.P. ("Plaintiff").

3.      Plaintiff filed its *Original Complaint* ("Complaint") in this action on October 11, 2019. (ECF Doc. No. 1.)

4.      I am an attorney licensed to practice in the State of Texas and am a member of the bar of the United States District Court for the Western District of Texas. I am currently managing attorney for the litigation department of the law firm of Mackie Wolf Zientz & Mann, P.C. (MWZM), with offices located in Dallas, Texas and Houston, Texas. I am in good standing with respect to the State Bar of Texas. A true and correct copy of my resume is attached hereto as <u>**Exhibit A-1**</u>.

5.      MWZM was retained by Plaintiff to file this lawsuit to enforce Plaintiff's interest in certain real property as a result of a default under a home equity loan. The legal professionals of MWZM with whom I worked in providing these services are at all relevant times attorneys licensed by the State of Texas, in good standing and experienced in the areas of business, real estate, and commercial litigation practice. Without waiving the attorney-client privilege, the subject matter of the counsel and representation provided to Plaintiff by MWZM legal professionals included, but was not limited to: review and analysis of the loan documents at issue; review and analysis of the history of this matter; preparation and filing of the original complaint; completing service; drafting motions for summary judgment; conducting legal research; drafting responses to defendants' motions; multiple conferences with Plaintiff's mortgage servicer regarding all of these items and this matter generally. These activities are set forth in chronological order by name and date on the invoices included with the motion as **Exhibit A-2**. The hours set forth for each activity were actually expended on the topics stated.

6.      The reasonable incurred attorneys' fees are $19,993.61 in filing and prosecuting Plaintiff's claims to enforce its interest in certain real property as a result of the default of under the home equity loan agreement between the parties. The hourly rate charged is $215.00 per hour for attorneys and $85.00 per hour for paralegals and legal assistants.

7.      I have become familiar with the legal services necessary to handle claims based on and the reasonable charges for such legal services in the United States District Court for the Western District of Texas and within the State of Texas.

8.      In considering reasonable attorneys' fees in this case, I have considered the time and labor involved; the difficulty of the issues presented; the experience, reputation, and ability

of the attorneys involved in pursuing the claims; the skills requisite to properly conduct the case; customary charges of the Bar and awards in similar cases; and the amount in controversy.

9.      Based upon my knowledge and experience with similar litigation in the state and federal courts in Texas over the last ten years, and applying the facts and factors set out above, it is my opinion that the hourly rate of up to $215.00 per hour for attorneys and $85.00 per hour for paralegals and legal assistants are reasonable and customary, and the sum of $19,993.61 is reasonable attorneys' fees for prosecuting Plaintiff's claims for the enforcement of its interest in certain real property as a result of a default of under the loan agreement.

10.     If any party files post-judgment motion, a reasonable fee for Plaintiff would be $2,500.00. If this case is appealed to the court of appeals, a reasonable fee for the Plaintiff would be an additional $5,000.00. If this case is appealed to the United States Supreme Court, a reasonable fee for the Plaintiff would be an additional $2,500.00."

FURTHER DECLARANT SAYETH NAUGHT.

Signed this October 28, 2020

_____
**MARK D. CRONENWETT**

# EXHIBIT A-1

# MARK D. CRONENWETT

14160 N. Dallas Parkway, Suite 900 · Dallas, Texas 75254 · (214) 635-2650

**PROFESSIONAL EXPERIENCE**

*Mackie Wolf Zientz & Mann, P.C.*, Dallas, Texas, 10/12-present
Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

*Higier Allen & Lautin, P.C.*, Addison, Texas, 1/09-10/12
Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

*Cowles & Thompson, P.C.*, Dallas, Texas, 9/99-1/09
I was an associate until I was made a Shareholder in December 2000. Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

*Fanning, Harper & Martinson, P.C.*, Dallas, Texas 9/98-9/99
I was an associate in the firm's governmental defense section. Practice areas: defense of governmental entities in civil rights and employment cases. My duties included sitting second chair at trial; drafting and answering discovery; drafting and arguing all varieties of motions; drafting appellate briefs; and attending mediations.

*Kuntz & Bonesio, L.L.P.*, Dallas, Texas 6/97-9/98
I was a litigation associate. Practice areas: commercial litigation, general insurance defense, employment law, and insurance subrogation. My duties included sitting second chair at trial; drafting and answering discovery, drafting and arguing all varieties of motions.

*Texas Court of Appeals, Tenth District*, Waco, Texas, 10/94-6/97
I was a briefing attorney for Judge Bob Cummings until July 1996 when I was hired as Judge Cummings' permanent staff attorney. I was the principal legal advisor to Judge Cummings; researched and drafted opinions in complex appeals; consulted with other judges on reconciling differences on the correct application of law; prepared drafts of opinions reconciling differences; led discussions of cases at court conferences; supervised interns and more junior legal staff; and handled the Court's motions docket.

*Texas Employment Commission*, Austin, Texas 1/94-10/94
I was a hearing officer, presiding over administrative hearings concerning unemployment compensation and issued written opinions.

**EDUCATION**

**Juris Doctorate**, 5/93
*Catholic University of America*, Washington D.C.
Associate Moot Court member, 1/91-5/93
Finalist, Dean's Cup Moot Court Competition, 3/91

President and Secretary of Guild of Catholic Lawyers, 5/91-5/93

**B.A. in English Literature**, concentrating in Politics, 5/90
*University of Dallas,* Irving, Texas

PROFESSIONAL
ASSOCIATIONS

Admitted to Texas State Bar, Fifth Circuit, and all Texas Federal District Courts; Member of the Dallas Bar Association; Consumer Law and Civil Appellate Sections of the Texas Bar; Federal Bar Association; Immediate Past President, St. Thomas More Society; Pro Bono Counsel to White Rose Women's Center

# EXHIBIT A-2

**Invoice Date**
09/27/2019

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No:
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

Loan Type: HEL; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| **DATE** | **COST DESCRIPTION** | **RECOVERABLE** | **AMOUNT** |
| 09/17/2019 | Title Order Cost- Recoverable | Yes | $270.63 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 09/12/2019 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 1.50 | $322.50 |
| Assess statute of limitations issues in response to client`s inquiry. | | | | | |
| 09/12/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Telephone conference with Marie Hawkins regarding issues and background | | | | | |
| 09/12/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 3.80 | $817.00 |
| Research legal issues | | | | | |
| 09/12/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Telephone conference with opposing counsel regarding background and settlement negotiations | | | | | |
| 09/13/2019 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.40 | $86.00 |
| Further assess statute of limitations issues. | | | | | |
| 09/13/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.60 | $129.00 |
| Telephone conference with Kelly Harvey regarding background of suit and strategy | | | | | |
| 09/13/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.30 | $64.50 |
| Telephone conference with Marie Hawkins regarding liability and settlement analysis | | | | | |
| 09/13/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange correspondence with opposing counsel and mediator confirming agreement to extend deadline to respond to mediator`s proposal | | | | | |
| 09/13/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Receipt and review case file from K. Harvey | | | | | |
| 09/14/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 1.20 | $258.00 |

| | | | | | |
|---|---|---|---|---|---|
| Research legal theories on transforming rule 736 proceedings to rule 735 proceedings | | | | | |
| 09/16/2019 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.40 | $86.00 |
| Research caselaw on lender`s ability to rescind acceleration while foreclosure suit is pending and burden of party asserting statue of limitations defense. | | | | | |
| 09/17/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence to title company requesting title search from 4/10/08 to current. | | | | | |
| 09/17/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.50 | $42.50 |
| Prepare notice of lis pendens | | | | | |
| 09/17/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence to title company requesting the recording of the notice of lis pendens. | | | | | |
| 09/17/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence serving notice of lis pendens on opposing counsel | | | | | |
| 09/17/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.50 | $107.50 |
| Review loan documents and applicable case law to determine strategy | | | | | |
| 09/18/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Receipt and review title report from title company. | | | | | |
| 09/19/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 2.90 | $246.50 |
| Retrieve client loan documents from Serengeti, renaming same | | | | | |
| 09/19/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Exchange correspondence with M. Hawkins regarding case analysis and decision to proceed with filing federal lawsuit | | | | | |
| 09/19/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Telephone conference with K. Harvey regarding loan and litigation history | | | | | |
| 09/19/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 2.20 | $473.00 |
| Prepare draft of complaint to file in federal court | | | | | |
| 09/20/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 1.50 | $322.50 |
| Review prior correspondence and comments | | | | | |
| 09/20/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Telephone conference with K. Harvey regarding loss mitigation history | | | | | |
| 09/20/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange correspondence with opposing counsel regarding objection of mediator`s proposal | | | | | |
| 09/20/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Telephone conference with Goldman and Selene representatives regarding liability analysis, settlement strategy and litigation strategy | | | | | |
| 09/23/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Review court docket | | | | | |
| 09/23/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence to client requesting a payoff quote good through October 23, 2019 | | | | | |
| 09/23/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.40 | $34.00 |
| Prepare notice of appearance and designation of lead counsel | | | | | |

| 09/23/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 2.50 | $537.50 |
|---|---|---|---|---|---|
| Continued preparation of original complaint | | | | | |
| 09/23/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Prepare correspondence to M. Hawkins attaching draft of complaint | | | | | |
| 09/23/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Prepare certificate of interested persons/corporate disclosure statement | | | | | |
| 09/24/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Finalize notice of appearance and designation of lead counsel | | | | | |
| 09/24/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.30 | $25.50 |
| Prepare reinstatement quote letter good through October 31, 2019 | | | | | |
| 09/24/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.30 | $25.50 |
| Prepare payoff quote letter good through October 31, 2019 | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $270.63 |
| Total Hourly Fees Since Last Billing | $4,427.50 |
| Current Amount Due | $4,698.13 |
| Payments Received | $0.00 |
| **Total Amount Due** | **$4,698.13** |

| Invoice Date |
|---|
| 10/10/2019 |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No:
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

Loan Type: HEL; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| **DATE** | **COST DESCRIPTION** | **RECOVERABLE** | **AMOUNT** |
| 10/07/2019 | File Stamped Copy - copies of missing pleadings-Non-Recoverable | No | $162.98 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 09/16/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 2.50 | $537.50 |
| Research prior case, loan file and analysis of tolling theories that will allow to file new suit for foreclosure. | | | | | |
| 09/25/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Electronic correspondence with M. Hawkins regarding draft of complaint. | | | | | |
| 09/25/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange electronic correspondence with M. Hawkins regarding edits to complaint. | | | | | |
| 09/30/2019 | Paralegal Fee-Hourly-Recoverable Escobedo, Rosalie | Yes | $85.00 | 0.10 | $8.50 |
| Attorney review step worked for the purpose of moving the case forward. | | | | | |
| 10/02/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 2.20 | $473.00 |
| Review new corporate structure to finalize complaint; emails with M. Hawkins regarding the same. | | | | | |
| 10/04/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.30 | $25.50 |
| Prepare correspondence to court clerk requesting cost for obtaining missing pleadings from court file. | | | | | |
| 10/04/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchanged electronic correspondence with M. Hawkins regarding corporate structure of investor. | | | | | |
| 10/07/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.70 | $59.50 |
| Receipt and review pleadings filed in court case and processing same from court clerk | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $162.98 |
| Total Hourly Fees Since Last Billing | $1,276.00 |

| | |
|---|---|
| Current Amount Due | $1,438.98 |
| Previous Balance | $4,698.13 |
| Payments Received | $0.00 |
| **Total Amount Due** | **$6,137.11** |



| Invoice Date |
|---|
| 10/24/2019 |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No:
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

Loan Type: HEL; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| **DATE** | **COST DESCRIPTION** | **RECOVERABLE** | **AMOUNT** |
| 10/11/2019 | Court Costs for filing complaint.- Recoverable | Yes | $400.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 10/08/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.90 | $193.50 |
| Revise complaint to properly identify citizenship of MTGLQ, edit the document per Marie Hawkins; and include abandonment of acceleration theory due to home equity cure offer; email revised draft to Ms. Hawkins | | | | | |
| 10/11/2019 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $85.00 | 0.20 | $17.00 |
| Research and obtain military  status of named defendants | | | | | |
| 10/11/2019 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $85.00 | 0.20 | $17.00 |
| Research and obtain bankruptcy status of named defendants prior to filing | | | | | |
| 10/11/2019 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $85.00 | 0.30 | $25.50 |
| Finalize and prepare for filing, Plaintiff`s Complaint, Certificate of Interested Parties and Civil Coversheet | | | | | |
| 10/11/2019 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $85.00 | 0.30 | $25.50 |
| Prepare summons requests for named defendants | | | | | |
| 10/24/2019 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $85.00 | 0.30 | $25.50 |
| Correspondence exchange with process server confirming Jerry K. Walden and Tamatha Walden were both served 10/21/19 | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $400.00 |
| Total Hourly Fees Since Last Billing | $304.00 |

| | |
|---|---|
| Current Amount Due | $704.00 |
| Previous Balance | $6,137.11 |
| Payments Received | $4,698.13 |
| **Total Amount Due** | **$2,142.98** |



| Invoice Date |
|---|
| 11/21/2019 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No:
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

Loan Type: HEL; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 09/17/2019 | Recording Costs - NOTICE OF LIS PENDENS-Recoverable | Yes | $38.00 |
| 10/21/2019 | Process Server Costs - served Tamatha Walden-Recoverable | Yes | $148.50 |
| 10/21/2019 | Process Server Costs - served Jerry Walden, Jr.-Recoverable | Yes | $88.50 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 10/11/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Telephone conference with M. Hawkins regarding edits to complaint. | | | | | |
| 10/11/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Make revisions to complaint. | | | | | |
| 10/11/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Draft and prepare civil cover sheet. | | | | | |
| 10/11/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Finalize complaint for filing. | | | | | |
| 10/16/2019 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $85.00 | 0.30 | $25.50 |
| Correspondence to process server to request service on two named defendants | | | | | |
| 10/18/2019 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $85.00 | 0.20 | $17.00 |
| Receive filed copy of Notice of Lis Pendens | | | | | |
| 10/23/2019 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $120.00 | 0.20 | $24.00 |
| Correspondence to process server to request status of service on defendants | | | | | |

| 10/28/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
|---|---|---|---|---|---|
| Review status of service of complaint. | | | | | |
| 11/05/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review trial payment plan info from K. Harvey. | | | | | |
| 11/07/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence to process server requesting returns of summons on Jerry and Tamatha Walden | | | | | |
| 11/07/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Receipt and review executed returns of service on Jerry and Tamatha Walden from process server. | | | | | |
| 11/07/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review court`s docket for upcoming deadlines. | | | | | |
| 11/07/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review filed returns of service. | | | | | |
| 11/12/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review motion to dismiss. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $275.00 |
| Total Hourly Fees Since Last Billing | $616.50 |
| Current Amount Due | $891.50 |
| Previous Balance | $6,841.11 |
| Payments Received | $6,137.11 |
| **Total Amount Due** | **$1,595.50** |



| Invoice Date |
|---|
| 12/06/2019 |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

### INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

Loan Type: HEL; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 11/19/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange electronic correspondence with M. Hawkins regarding status of case and providing copy of motion to dismiss. | | | | | |
| 11/22/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Review case status | | | | | |
| 11/25/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 1.80 | $387.00 |
| Research case law on federal court jurisdiction over judicial foreclosure suits to prepare response to motion to dismiss or abstain. | | | | | |
| 11/25/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 1.20 | $258.00 |
| Research case law on Colorado River abstention to prepare response to motion to dismiss or abstain. | | | | | |
| 11/26/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence to client requesting payoff quote good through December 26, 2019 for use as an exhibit to the motion for summary judgment | | | | | |
| 11/26/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 1.20 | $258.00 |
| Prepare appendix in support of response to motion to dismiss or abstain. | | | | | |
| 11/26/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 2.70 | $580.50 |
| Continued preparation of brief in response to motion to dismiss or abstain. | | | | | |
| 12/02/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 2.90 | $623.50 |
| Initial preparation of the Motion for Summary Judgment | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $2,184.00 |
| Current Amount Due | $2,184.00 |
| Previous Balance | $7,732.61 |
| Payments Received | $6,137.11 |
| **Total Amount Due** | **$3,779.50** |

| Invoice Date |
|---|
| 01/24/2020 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No █████████
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

MWZM Case No.: 19-000021-409-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 11/26/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.30 | $25.50 |
| Finalize exhibits to appendix in support of response to motion to dismiss or abstain | | | | | |
| 11/26/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.30 | $64.50 |
| Prepare draft order denying motion to dismiss or abstain. | | | | | |
| 11/26/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Prepare email draft of response to M. Hawkins. | | | | | |
| 11/26/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.60 | $129.00 |
| Search case law for brief in support of MSJ regarding abandonment of acceleration while a rule 736 case remains pending. | | | | | |
| 12/03/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Exchange electronic correspondence with opposing counsel regarding agreement to his request for extension of time to file reply in support of motion to dismiss. | | | | | |
| 12/03/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review opposing counsel`s motion to extend time. | | | | | |
| 12/09/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Review status of court`s ruling on defendants` motion to dismiss | | | | | |
| 12/10/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Receipt and review payoff quote without fees good through December 26, 2019 | | | | | |
| 12/16/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence to Connie Hawkins requesting the loan comments/call history or correspondence with borrower between 1/17/12 to 7/18/12. | | | | | |
| 12/16/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 2.80 | $602.00 |
| Continued preparation of the Motion for Summary Judgment | | | | | |

| 12/17/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 0.80 | $172.00 |
|---|---|---|---|---|---|
| Continued preparation of the Motion for Summary Judgment | | | | | |
| 12/18/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence to Connie Hawkins requesting a payoff quote and payment history | | | | | |
| 12/18/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.30 | $25.50 |
| Receipt and review payment histories and comment log from client | | | | | |
| 12/19/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Receipt and review payoff quote good through January 15, 2020 from client | | | | | |
| 12/19/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 0.50 | $107.50 |
| Prepared the proposed Summary Judgment Order | | | | | |
| 12/19/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 1.20 | $258.00 |
| Prepared the client affidavit in support of the Motion for Summary Judgment | | | | | |
| 12/20/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.60 | $51.00 |
| Review file and begin preparation of exhibits in support of declaration to motion for summary judgment | | | | | |
| 12/23/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Review and revise motion for summary judgment prepared by L. Stansberry. | | | | | |
| 12/26/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 0.50 | $107.50 |
| Prepared the Appendix in support of the Motion for Summary Judgment | | | | | |
| 12/27/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Review and revise MSJ prepared by L. Stansberry. | | | | | |
| 01/02/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence to M. Hawkins providing the declaration and exhibits in support of the motion for summary judgment for review, execution and return for filing | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $1,902.50 |
| Current Amount Due | $1,902.50 |
| Previous Balance | $9,916.61 |
| Payments Received | $7,732.61 |
| **Total Amount Due** | **$4,086.50** |

Invoice Date
02/21/2020

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No.
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

MWZM Case No.: 19-000021-409-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 12/19/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 2.40 | $516.00 |
| Reviewed additional documentation from the client and finalized the draft of the Motion for Summary Judgment | | | | | |
| 12/26/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 0.60 | $129.00 |
| Critical research and analysis regarding the offer to re-close the loan sufficient to cure Constitutional defects even if not accepted by the borrower | | | | | |
| 12/26/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 0.60 | $129.00 |
| Prepared additional briefing in the Motion for Summary Judgment and client Declaration in support | | | | | |
| 12/27/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 0.90 | $193.50 |
| Prepared an additional ground of contractual estoppel in the Motion for Summary Judgment | | | | | |
| 12/27/2019 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 0.70 | $150.50 |
| Compiled the remaining exhibits for the Motion for Summary Judgment | | | | | |
| 01/02/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 1.50 | $127.50 |
| Complete file review and preparation of exhibits in support of declaration to motion for summary judgment, redacting same. | | | | | |
| 01/07/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.30 | $25.50 |
| Review status of whether the court has made a ruling on defendants motion to dismiss and status of the executed declaration by the client in support of the motion for summary judgment | | | | | |
| 01/16/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.30 | $25.50 |
| Excess correspondence with client regarding status of execution of declaration in support of the motion for summary judgment | | | | | |
| 01/16/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of summary judgment affidavit. | | | | | |
| 01/29/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Receipt and review executed client declaration | | | | | |

| 01/29/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.30 | $25.50 |
|---|---|---|---|---|---|
| Prepare revisions to appendix in support of motion for summary judgment | | | | | |
| 01/29/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.60 | $51.00 |
| Finalize exhibits in support of motion for summary judgment, bates labeling same per requirements for appendix | | | | | |
| 01/29/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.40 | $17.00 |
| Conduct military searches on Tamataha Walden and Jerry Walden prior to filing motion for summary judgment | | | | | |
| 01/29/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.40 | $17.00 |
| Conduct bankruptcy searches on Tamataha Walden and Jerry Walden prior to filing motion for summary judgment | | | | | |
| 01/29/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review signed summary judgment affidavit. | | | | | |
| 01/30/2020 | Senior Attorney Fee-Hourly-Recoverable Stansberry, Lindsay | Yes | $215.00 | 1.00 | $215.00 |
| Prepared citations to the Appendix and finalized the Motion for Summary Judgment in preparation for filing | | | | | |
| 01/30/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.30 | $25.50 |
| Exchange correspondence with client to determine if the loan is currently being considered for loss mitigation prior to filing the motion for summary judgment | | | | | |
| 01/30/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review and revise motion for summary judgment prepared by L. Stansberry. | | | | | |
| 02/04/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Review status of response to our motion for summary judgment filed on January 30, 2020 | | | | | |
| 02/12/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange electronic correspondence with opposing counsel regarding not opposing his request for more time to file summary judgment response. | | | | | |
| 02/14/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review motion to extend time for summary judgment response. | | | | | |
| 02/14/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review order granting opposing counsel`s request for extension of time to respond to our motion for summary judgment. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $1,896.50 |
| Current Amount Due | $1,896.50 |
| Previous Balance | $11,819.11 |
| Payments Received | $7,732.61 |
| **Total Amount Due** | **$5,983.00** |

| Invoice Date |
|---|
| 05/22/2020 |

Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No:
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

MWZM Case No.: 19-000021-409-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 04/20/2020 | Filing Costs- Recoverable | Yes | $38.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 02/26/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Review court docket to determine if court has ruled on the motion to extend time to respond to the motion for summary judgment although request is for an extension until February 28, 2020 | | | | | |
| 02/28/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange electronic correspondence with opposing counsel regarding his request for a 2nd extension of time to respond to our motion for summary judgment. | | | | | |
| 02/28/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review opposing counsel`s 2nd motion to extend time to respond to our motion for summary judgment. | | | | | |
| 03/02/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review order granting 2nd request for more time to respond to our msj. | | | | | |
| 03/04/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Review status of borrower`s deadline to respond to the motion for summary judgment | | | | | |
| 03/06/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review defendant`s answer . | | | | | |
| 03/06/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review response to motion for summary judgment. | | | | | |
| 03/08/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review court docket for timeliness of borrower`s summary-judgment response. | | | | | |
| 03/09/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review order referring motion for summary judgment to magistrate judge. | | | | | |

| 03/09/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
|---|---|---|---|---|---|
| Exchange electronic correspondence opposing counsel regarding his request for a conference on his motion for leave to file his summary judgment response out of time. | | | | | |
| 03/12/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Provide case update to M. Hawkins. | | | | | |
| 03/13/2020 | Paralegal Fee-Hourly-Recoverable Jackson, Erin | Yes | $85.00 | 0.80 | $68.00 |
| Prepared draft Unopposed Motion to Extend Time to Respond to Defendant`s Response to Motion for summary Judgment and proposed Order | | | | | |
| 03/13/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review order granting opposing counsel`s motion for leave to file summary judgment response out of time. | | | | | |
| 03/13/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Telephone conference with opposing counsel regarding certificate of conference on motion to extend time to file summary judgment reply. | | | | | |
| 03/13/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review and revise motion to extend time to file summary judgment reply prepared by E. Jackson. | | | | | |
| 03/14/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Advise M. Hawkins of case status. | | | | | |
| 03/20/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 3.50 | $752.50 |
| Prepare reply in support of motion for summary judgment. | | | | | |
| 03/24/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange correspondence with M. Hawkins regarding filing of reply brief and status of case | | | | | |
| 03/27/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review emergency order regarding COVID 19. | | | | | |
| 04/02/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review order granting our motion to extend time for our summary-judgment reply and deeming same timely filed. | | | | | |
| 04/20/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.30 | $25.50 |
| Prepare notice of lis pendens to be filed for the federal court lawsuit | | | | | |
| 04/20/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Review and revise notice of lis pendens for federal suit prepared by S. Taplin. | | | | | |
| 04/20/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence to title company requesting the notice of lis pendens be recorded | | | | | |
| 04/22/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence serving the notice of lis pendens being filed in Hays County, Texas regarding the federal suit. | | | | | |
| 05/01/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.50 | $107.50 |
| Prepare draft scheduling order. | | | | | |
| 05/01/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email correspondence with opposing counsel regarding draft of scheduling order. | | | | | |
| 05/04/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |

| | Receipt and review recorded notice of lis pendens from title company | | | | | |
|---|---|---|---|---|---|---|
| 05/05/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | | $43.00 |
| | Follow up email to opposing counsel regarding his edits to proposed scheduling order. | | | | | |
| 05/05/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | | $43.00 |
| | Telephone conference with Kelly Harvey regarding case status. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $38.00 |
| Total Hourly Fees Since Last Billing | $1,748.00 |
| Current Amount Due | $1,786.00 |
| Previous Balance | $13,715.61 |
| Payments Received | $13,715.61 |
| **Total Amount Due** | **$1,786.00** |



| Invoice Date |
|---|
| 07/27/2020 |

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

## INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No: ███████
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

MWZM Case No.: 19-000021-409-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 05/31/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Prepare email correspondence with opposing counsel regarding status of his review of proposed agreed scheduling order. | | | | | |
| 06/01/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Telephone conference with opposing counsel regarding dates for proposed agreed scheduling order. | | | | | |
| 06/01/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Revisions to draft of proposed agreed scheduling order. | | | | | |
| 06/01/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Prepare email communication to M. Hawkins regarding what demand we should make per scheduling order. | | | | | |
| 06/02/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review signed scheduling order. | | | | | |
| 06/04/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review case status. | | | | | |
| 06/09/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review order setting scheduling conference. | | | | | |
| 06/12/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email communication with M. Hawkins regarding status of settlement authority. | | | | | |
| 06/15/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.40 | $34.00 |
| Prepare non-consent for US Magistrate Judge for trial in the matter | | | | | |
| 06/15/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review notice of non-consent to magistrate judge filed by opposing counsel. | | | | | |
| 06/17/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email communication with Marie Hawkins regarding settlement authority. | | | | | |

| 06/17/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
|---|---|---|---|---|---|
| Prepare email communication to opposing counsel submitting settlement demand. | | | | | |
| 06/23/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Call in to initial conference (court re-sets because it was not aware I was on a different line). | | | | | |
| 06/23/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review emergency Covid order from the court. | | | | | |
| 07/01/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.50 | $107.50 |
| Prepare Initial Disclosures and Notice. | | | | | |
| 07/01/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.50 | $107.50 |
| Review and determine documents to be produced as part of the Initial Disclosures. | | | | | |
| 07/02/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review amended scheduling order. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $872.50 |
| Current Amount Due | $872.50 |
| Previous Balance | $15,501.61 |
| Payments Received | $15,501.61 |
| **Total Amount Due** | **$872.50** |



Invoice Date

08/07/2020

Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No.
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

MWZM Case No.: 19-000021-409-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 07/02/2020 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review counter offer from opposing counsel. | | | | | |
| 07/06/2020 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review court`s docket. | | | | | |
| 07/06/2020 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email correspondence with M. Hawkins regarding settlement negotiations. | | | | | |
| 07/08/2020 | Paralegal Fee-Hourly- Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Finalize initial disclosures | | | | | |
| 07/08/2020 | Paralegal Fee-Hourly- Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Prepare correspondence serving opposing counsel with initial disclosures | | | | | |
| 07/08/2020 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review and revise initial disclosures prepared by V.L. | | | | | |
| 07/08/2020 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Prepare settlement analysis for M. Hawkins. | | | | | |
| 07/13/2020 | Associate Attorney Fee-Hourly- Recoverable Lopez, Vivian | Yes | $215.00 | 0.30 | $64.50 |
| Review docket sheet in order to prepare written discovery requests. | | | | | |
| 07/14/2020 | Associate Attorney Fee-Hourly- Recoverable Lopez, Vivian | Yes | $215.00 | 1.00 | $215.00 |
| Prepare First Set of Interrogatories for Defendants. | | | | | |
| 07/14/2020 | Associate Attorney Fee-Hourly- Recoverable Lopez, Vivian | Yes | $215.00 | 1.00 | $215.00 |
| Prepare First set of Request for Admissions to Defendants. | | | | | |
| 07/14/2020 | Associate Attorney Fee-Hourly- Recoverable Lopez, Vivian | Yes | $215.00 | 1.00 | $215.00 |
| Prepare First Set of Request of Production of Documents to Defendant. | | | | | |

| 07/14/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
|---|---|---|---|---|---|
| Review and revise written discovery requests prepared by VL. | | | | | |
| 07/15/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.50 | $107.50 |
| Prepare Joint Report for Alternative Dispute Remedies. | | | | | |
| 07/15/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review and revise ADR report prepared by VL. | | | | | |
| 07/15/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email communication with opposing counsel regarding draft of ADR report. | | | | | |
| 07/16/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email communication with Marie Hawkins regarding settlement authority. | | | | | |
| 07/20/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Telephone conference with opposing counsel regarding draft of ADR report. | | | | | |
| 07/21/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review opposing counsel`s initial disclosures. | | | | | |
| 07/22/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review opposing counsel`s initial disclosures. | | | | | |
| 07/23/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Receipt and review borrower`s initial disclosures | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $1,405.50 |
| Current Amount Due | $1,405.50 |
| Previous Balance | $16,374.11 |
| Payments Received | $15,501.61 |
| **Total Amount Due** | **$2,278.00** |

| Invoice Date |
|---|
| 09/29/2020 |

Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No ▉▉▉▉▉▉
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

MWZM Case No.: 19-000021-409-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 08/14/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review magistrate`s recommendation that our motion for summary judgment be granted. | | | | | |
| 08/19/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email communication with M. Hawkins regarding magistrate`s recommendation that our motion for summary judgment be granted and next steps. | | | | | |
| 08/21/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email communication with opposing counsel regarding his request for more time to object to the magistrate`s recommendation on our motion for summary judgment. | | | | | |
| 08/27/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review motion to extend time to object to magistrate`s recommendation from opposing counsel. | | | | | |
| 08/28/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review order extending time for opposing counsel to file an objection to the magistrate`s recommendation. | | | | | |
| 08/31/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email communication with M. Hawkins regarding next steps. | | | | | |
| 09/11/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Exchange email with opposing counsel agreeing to 2nd extension of time for him to file objection to magistrate judge`s recommendation. | | | | | |
| 09/11/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review motion to extend time by opposing counsel. | | | | | |
| 09/14/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $85.00 | 0.20 | $17.00 |
| Receipt and review notices of service on 5 Arch Funding Corp and 5 Arch Income Fund 2, LLC from the Texas Secretary of State | | | | | |
| 09/15/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Receipt and review with opposing counsel`s objection to magistrate`s recommendation on our MSJ. | | | | | |

| 09/21/2020 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 1.00 | $215.00 |
|---|---|---|---|---|---|
| Begin preparation of response to borrowers` objection to magistrate`s recommendation on our motion for summary judgment and borrowers` motion to dismiss. | | | | | |
| 09/22/2020 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 3.80 | $817.00 |
| Prepare response to defendants` objection to magistrate`s recommendation that our motion for summary judgment be granted and defendants` motion to dismiss be denied. | | | | | |
| 09/22/2020 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Prepare draft order overruling objection. | | | | | |
| 09/23/2020 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email with M. Hawkins regarding borrower`s filing their objection to the magistrate`s recommendation and our reply. | | | | | |
| 09/25/2020 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review order granting 2nd extension of borrowers` deadline to object to magistrate`s recommendation to grant our msj. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $1,543.50 |
| Current Amount Due | $1,543.50 |
| Previous Balance | $17,779.61 |
| Payments Received | $17,779.61 |
| **Total Amount Due** | **$1,543.50** |



| Invoice Date |
|---|
| 10/16/2020 |

Mackie Wolf Zientz & Mann, P.C.
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Selene Finance
P. O. Box 422039
Houston, TX 77242-4239

Loan No:
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409-2

MWZM Case No.: 19-000021-409-2; Loan Type: HEL; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | HOURLY FEES | | | | |
| 09/28/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review court`s docket. | | | | | |
| 09/28/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email with opposing counsel regarding agreement to extend time for his reply in support of objection to magistrate judge`s recommendation to grant our MSJ. | | | | | |
| 09/29/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange email with M. Hawkins regarding limitations issues in the case. | | | | | |
| 09/29/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review opposing counsel`s motion to extend time to file reply. | | | | | |
| 09/30/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review order extending time for borrowers to file reply in support of magistrate`s recommendation on our motion for summary judgment. | | | | | |
| 10/04/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review court`s docket. | | | | | |
| 10/15/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.80 | $172.00 |
| Draft Motion for Award of Attorney`s Fees. | | | | | |
| 10/15/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.40 | $86.00 |
| Draft Declaration in support of Motion for Award of Attorney`s Fees. | | | | | |
| 10/15/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.40 | $86.00 |
| Draft proposed order for Motion Award of Attorney`s Fees. | | | | | |
| 10/15/2020 | Associate Attorney Fee-Hourly-Recoverable Lopez, Vivian | Yes | $215.00 | 0.30 | $64.50 |
| Identify and retrieve exhibits to Motion for Award of Attorney`s Fees. | | | | | |
| 10/16/2020 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $85.00 | 0.30 | $25.50 |

Combined supporting exhibits to the Motion for Award of Attorney`s Fees.

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $670.50 |
| Current Amount Due | $670.50 |
| Payments Received | $17,779.61 |
| **Total Amount Due** | **$-17,109.11** |



Invoice #: ███████

Invoice Date: 10/16/2020

Loan No ████████████
Reference:
Property Addr: 1017 BURLESON STREET
SAN MARCOS, TX 78666
Our File: 19-000021-409

| BILLED CASE SUMMARY SINCE INCEPTION | |
|---|---|
| FEES | $0.00 |
| EXPENSES | $1,146.61 |
| TIME | $18,847.00 |
| TOTAL | $19,993.61 |

Thank you for the opportunity to be of service.

Please contact invoicing@mwzmlaw.com for any questions or concerns regarding items on this invoice.