IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MTGLQ INVESTORS, L.P.,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:19-cv-00992-RP |
| | § | |
| v. | § | |
| | § | |
| **JERRY K. WALDEN, Jr. a/k/a** | § | |
| **JERRY K. WALDEN and** | § | |
| **TAMATHA WALDEN,** | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

**CAME ON TO BE CONSIDERED** on this day, the *Motion for Award of Attorney's Fees* ("Motion") of MTGLQ Investors, L.P. ("Plaintiff"), and after consideration of the Motion and the evidence on file, the Court is of the opinion that the Motion should be granted in its entirety. It is therefore,

**ORDERED, ADJUDGED, AND DECREED** that the Motion is GRANTED; it is further,

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall have and recover its attorney's fees in the amount of $19,993.61 from Defendants Jerry K. Walden, Jr. a/k/a Jerry K. Walden and Tamatha Walden, as a further obligation owed under the Texas Home Equity Note and Texas Home Equity Security Instrument made subject to this suit.

**SO ORDERED** on this ____ day of _____, 2020.

_____
**UNITED STATES DISTRICT JUDGE**